UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KENNETH GLUECK,

    *Plaintiff*,

v.

ANDRE PIENAAR, *et. al.*

    *Defendants*.

Case No. 25-2899

## AFFIDAVIT OF SERVICE

I, Ambiko Wallace, hereby affirm, under penalty of perjury, that the following facts are true and correct to the best of my personal knowledge, information, and belief:

1. I am over the age of eighteen (18) and am competent to testify.

2. I am not a party to, or otherwise interested in, this action.

3. I work as a Private Process Server, doing business at 7500 Greenway Center Drive, Suite 420, Greenbelt, Maryland 20770.

4. I was duly authorized by Plaintiff's counsel to effectuate service of process in this action.

5. On August 28, 2025, at or about 1:25 p.m. I visited what counsel represented to me to be the personal residence of Defendant Juleanna Glover at 2146 Wyoming Avenue, N.W., Washington, D.C. 20008.

6. Upon my arrival, I rang the doorbell at the residence.

7. A woman answered the door who appeared to be 50 years of age, Caucasian, have red hair, weigh approximately 135 pounds, and stood approximately 5'4" tall. I understand from counsel that this matches the physical description of Juleanna Glover.

8. I asked the woman who answered the door if she was Juleanna Glover. She confirmed that she was in fact Juleanna Glover.

9. I then handed Defendant Glover a service envelope containing true and accurate copies of the following documents in this action:

- Summons
- Notice of Right to Consent to Trial Before a United States Magistrate Judge
- Complaint for Defamation, False Light Invasion of Privacy, and Civil Conspiracy.

10. Defendant Glover accepted this service package from me by hand and took it inside of her residence with her and shut the door.

Execution Date: September 5, 2025

Ambiko Wallace