# EXHIBIT A



Home     Podcast     About

HOME  >  POSTS  >  KID GLOVER

# Kid Glover

Juleanna Glover is entangled in a messy defamation lawsuit involving a WaPo Intelligence colleague

**Lachlan Cartwright**
Aug 28, 2025



Juleanna Glover and Matt Kaminski, Editor-in-Chief, Politico, attend "Politico X Showtime" at the International Spy Museum on March 22, 2022, in Washington, DC. (Photo by Paul Morigi/Getty Images)

# Kid Glover

<mark>(Exclusive.)</mark>  She's the D.C. power player, fixer, and crisis comms pro who has represented and advised everyone from **James Murdoch** to **Elon Musk**.

**Juleanna Glover** has become well known for hosting salons at her D.C. home that bring together journalists, lobbyists, and politicians.

In New York, it's common for her to organize dinners that convene some of the most powerful and influential editors in media, including those from The New York Times and The Wall Street Journal.

[We last wrote about Glover in June](#) when [we revealed](#) that she was representing South African businessman **André Pienaar**, who is the founder and chief executive of investment firm C5 Capital.

[As we first reported](#) in an extraordinary and highly aggressive legal maneuver, Pienaar retained [husband and wife law firm Clare Locke](#), founded by **Tom Clare** and **Libby Locke**, to sue an Associated Press reporter, **Alan Suderman**, for defamation before a story he was working on had even been published.

Suderman had been reporting on the collapse of cybersecurity firm Ironnet, which crashed and burned after receiving a $3 billion



 valuation, leaving in its wake investors and staff who felt that they had been misled about the financial well-being of the company. C5 Capital and Pienaar were heavily involved in Ironnet.

It was a number of LinkedIn messages Suderman sent former associates of Pienaar in the course of his reporting that attracted the $10 million defamation lawsuit filed in September 2023. The AP persisted with their reporting and [a year later published their story](#).

'IronNet's rise and fall also raises questions about the judgment of its well-credentialed leaders, a who's who of the national security

establishment,' *Suderman wrote*. 'National security experts, former employees and analysts told The Associated Press that the firm collapsed, in part, because it engaged in questionable business practices, produced subpar products and services, and entered into associations that could have left the firm vulnerable to meddling by the Kremlin.'

The lawsuit was headed to discovery when, *as we reported*, Pienaar quietly dropped it in April. Months later, *he was appointed* to the *Washington Post's Intelligence Global Security Council*, which, in an uncanny coincidence, *also includes Glover*.

Now Breaker has learned both Glover and Pienaar are being sued for defamation, false light invasion of privacy, and civil conspiracy by **Kenneth Glueck**, the executive vice president for government relations at Oracle Corporation, according to court documents obtained and reviewed by Breaker.

*As we reported in June,* after the AP story had eventually been published in October last year, Glover hosted a background briefing at her Kalorama, D.C. home about election security from **Mark Warner**, Vice Chairman of the Select Committee on Intelligence.

The briefing was attended by national security and foreign policy reporters, including those from The Washington Post and The New York Times.

Afterwards, Pienaar and Glover met with several of the journalists gathered for another briefing. This time to rebut the AP story.

"Pienaar and Glover proceeded to deliver to the assembled journalists a defamatory rant about Glueck while detouring into a fantastical, largely fictional, autobiography of Pienaar," the lawsuit, which was filed Wednesday in U.S. District Court for D.C., states.

"He (Pienaar) spoke of his "encyclopedic knowledge," his "client" Nelson Mandela, the "Fleming Family, of Ian Fleming fame," the "FBI," "CIA," "M16. "I've been an advisor to the King." "I advised the eighth Duke of Westminster." Pienaar claimed that he helped the DEA nab the Russian arms dealer 'Merchant of Death' Viktor Bout."

The lawsuit goes on to claim that Glover told the assembled journalists that other people had warned her that Glueck would "come after you" and had targeted others with false narratives.

The bad blood between Glueck and Pienaar (and Glover by proxy) runs thick and dates as far back as 2017.

Pienaar purchased a consulting firm, SBD Advisors LLC founded by Washington lobbyist **Sally B. Donnelly**. In January 2017, Donnelly accepted a senior position with the Department of Defence (DoD), which required her to divest her namesake firm, which at the time was lobbying on behalf of Amazon to acquire DoD cloud technology contracts.

The lawsuit claims that in her new position, Donnelly held substantial influence over the Joint Enterprise Defence Initiative (JEDI) and abused that power by advocating on behalf of her former firm's client, Amazon. "Donnelly's supposed divestment from her firm was facilitated through an opaque web of related-party transactions with Pienaar at the center."

And this is where Glueck took action, compiling information from public records, documents obtained via the Freedom of Information Act ("FOIA") requests, and information from whistleblowers, distilling the information into a PowerPoint presentation.

"These presentations documented Pienaar and Donnelly's financial and commercial ties to Amazon, Donnelly's conflicted official acts at DoD, and the opaque nature of Pienaar's pivotal role in Donnelly's divestiture."

Glueck presented his presentation to various government oversight bodies and law enforcement in an effort to expose "corruption involving Donnelly, Pienaar, and Amazon, all of whom used illicit measures and influence in their efforts to secure a $10 billion, 10-year monopoly on DoD cloud computing."

The lawsuit alleges the October meeting was "part of a broader campaign – pitching other journalists – planned and executed by Pienaar and Glover to redirect attention from Pienaar's own business failures by claiming that Pienaar's troubles were

somehow of Glueck's making."

The lawsuit claims Glover and Pienaar claimed to the journos that Glueck "used fraudulent documents, lied about Pienaar's involvement with a Russian oligarch, improperly induced an AP article, and made these lies as part of Glueck's modus operandi to present false narratives about his enemies to destroy them for personal animus."

"Glover premised her most outrageous claims with the proviso that they were "off the record," the court's docs say. "For example, "…and this is off the record. The AP article was purely a vehicle to run the dossier on Andre. That's all that article was."

For its part, The Associated Press told Breaker that it "stands by its reporting. I'd also note our previous comment stating that the suit was meritless and an attempt to stifle legitimate reporting," a spokesperson for the AP said.

"Ridgely Walsh has a long history of representing those maligned by disinformation campaigns. Our work with **André Pienaar** is part of that portfolio (much of which is managed pro bono)," Glover told us.

"The Oracle executive *told Semafor* – on the record – that Oracle was behind the operation attacking André, so this lawsuit seems to imply he was defaming his own company.

"We look forward to discovery should this matter make it that far. The lawsuit is merely a copy/paste of the already disproven nonsense that news organizations have long refused to recycle."

The Washington Post declined to comment about Glover and Pienaar's involvement in WP Intelligence in light of the lawsuit.