# EXHIBIT C

| | |
|---|---|
| **From:** | Joe Oliveri |
| **To:** | Robert Gilmore; Phil O"Beirne |
| **Cc:** | Tom Clare; Steven Harrison |
| **Subject:** | Re: Complaint against Andre Pienaar |
| **Date:** | Wednesday, September 17, 2025 9:45:08 AM |

Mr. Gilmore & Mr. O'Beirne,

I have spoken with Mr. Pienaar. Although we are not authorized to accept service on his behalf, Mr. Pienaar has authorized me to let you know that, in accordance with Federal Rule of Civil Procedure 4(d), he will agree to waive service of process so that Mr. Glueck won't need to incur the expense and burden of serving him in the United Kingdom where he resides. Under Rule 4(d)(3), Mr. Pienaar will have 90 days to respond to the complaint following his waiver of service.

Please send us the summons and Notice of Lawsuit and Request to Waive Service of Summons to provide to Mr. Pienaar. (For your convenience, copies of the forms are available here.) We will then promptly return his executed Waiver of Service.

Best,
Joe

Joseph R. Oliveri | Partner
**C L A R E   L O C K E   L L P**
10 Prince Street | Alexandria, Virginia 22314
(202) 628-7405 – direct | (413) 657-6750 – cell
joe@clarelocke.com | www.clarelocke.com

This electronic message transmission contains information from the law firm of Clare Locke LLP, which may be confidential or privileged. The information is intended exclusively for the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of the contents of this information is prohibited. If you received this electronic transmission in error, please notify us immediately at admin@clarelocke.com.

---

**From:** Joe Oliveri <joe@clarelocke.com>
**Date:** Monday, September 15, 2025 at 10:28 AM
**To:** Robert Gilmore <RGilmore@steinmitchell.com>, Phil O'Beirne <POBeirne@steinmitchell.com>
**Cc:** Tom Clare <tom@clarelocke.com>, Steven Harrison <steven@clarelocke.com>
**Subject:** Re: Complaint against Andre Pienaar

Mr. Gilmore & Mr. O'Beirne,

We are in receipt of your email and will discuss it with Mr. Pienaar and get back to you. For avoidance of doubt, we are not presently authorized to accept service, and Mr. Pienaar reserves all rights.

Best,
Joe

Joseph R. Oliveri | Partner
**C L A R E   L O C K E   L L P**
10 Prince Street | Alexandria, Virginia 22314
(202) 628-7405  – direct | (413) 657-6750 – cell
joe@clarelocke.com | www.clarelocke.com

This electronic message transmission contains information from the law firm of Clare Locke LLP, which may be confidential or privileged.  The information is intended exclusively for the individual or entity named above.  If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of the contents of this information is prohibited.  If you received this electronic transmission in error, please notify us immediately at admin@clarelocke.com.

---

**From:** Robert Gilmore <RGilmore@steinmitchell.com>
**Date:** Thursday, September 11, 2025 at 6:30 PM
**To:** Joe Oliveri <joe@clarelocke.com>, Steven Harrison <steven@clarelocke.com>, Tom Clare <tom@clarelocke.com>
**Cc:** Phil O'Beirne <POBeirne@steinmitchell.com>
**Subject:** Complaint against Andre Pienaar

Counsel:

As you may know, we have filed the attached complaint against your client, Andre Pienaar, in the D.D.C. Because you represented Mr. Pienaar on the foreign discovery matter in the D.D.C., we are contacting you to ask if you are authorized to accept service of this complaint on his behalf. Please advise.

Best regards,

**Robert B. Gilmore**
**Stein Mitchell Beato & Missner LLP**
2000 K Street, NW, Suite 600
Washington, DC 20006
**D** 202.601.1589
**C** 202.352.1877
**F** 202.296.8312
rgilmore@steinmitchell.com
www.steinmitchell.com