UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KENNETH GLUECK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:25-cv-2899 |
| | ) |
| ANDRE PIENAAR, et al., | ) |
| | ) |
| Defendants. | ) |

**DEFENDANT JULEANNA GLOVER'S REPLY IN SUPPORT OF
MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT**

Defendant Juleanna Glover, by undersigned counsel, submits this reply in support of her motion for an extension of time to respond to the complaint up to and including November 18, 2025, stating as follows:

1. The extension motion concerns the first extension request by any party in this newly filed case. Unfortunately, the parties could not resolve this matter short of motion practice. But Ms. Glover would not waive her right under the rules to file a motion to dismiss the complaint, which was a precondition of plaintiff's consent to a "modest extension of time" to file her answer and simply proceed with fact discovery. *See* Opp. ¶¶ 31-32.

2. Plaintiff opposes Ms. Glover's motion on the ground that he disputes her explanation for failing to timely respond to the complaint given her "sophistication and experience," public comment acknowledging the lawsuit, and receipt of a voicemail from plaintiff's counsel that made no mention of default. Opp. ¶¶ 1-4. Ms. Glover stands by her declaration.

3. Plaintiff does not oppose the motion on other grounds relevant to requests for extensions of time: good cause and lack of prejudice. Both factors were addressed in Ms. Glover's

motion and apparently have been conceded. *See* Mot. ¶¶ 7-8 (good cause – undersigned counsel's recent retention, length and factual nature of 65-page complaint, obscurity of alleged defamatory statements within over 300 paragraphs) and 8, 11 (lack of prejudice – case is less than two months' old, requested extension deadline coincides with co-defendant's deadline, no other deadlines impacted).

4.   The requested extension to November 18 merely aligns Ms. Glover's response deadline with that of co-defendant Andre Pienaar.  Plaintiff offers no explanation for how the extension impairs his ability to prosecute the case or unduly delays proceedings.

5.   Notably, as admitted by plaintiff, he "has not sought" entry of default against Ms. Glover.  Opp. ¶ 31.  This reflects the lack of prejudice in allowing Ms. Glover to respond to the complaint out of time.  It also reflects a willingness to allow Ms. Glover to either "plead or otherwise defend" against the complaint.  *See* Fed. R. Civ. P. 55(a).  Plaintiff's claim that Ms. Glover has somehow "waived" her right to file a motion to dismiss is and has been unsupported by any authority.  *See* Opp. ¶¶ 8, 31-32.

6.   The remainder of plaintiff's ten-page opposition (with four exhibits totaling 86 pages) deserves no response: it concerns a digital media article on the lawsuit and back and forth email communications between counsel for plaintiff and different counsel for co-defendant Andre Pienaar, all of which have no bearing on whether Ms. Glover's motion should be granted.

WHEREFORE, defendant Juleanna Glover respectfully requests that her extension motion be granted and that her time to respond to the complaint be extended to November 18, 2025.

Dated:  October 16, 2025                    Respectfully submitted,

*/s/ Joseph L. Meadows*
Joseph L. Meadows (D.C. Bar No. 467441)
Courtney R. Abbott (D.C. Bar No. 488653)
Gloria R. Cannon (D.C. Bar No. 90020115)
**GORDON REES SCULLY MANSUKHANI LLP**
277 S. Washington Street, Suite 550
Alexandria, VA 22314
Tel: (202) 399-1099
jmeadows@grsm.com
cabbott@grsm.com
gcannon@grsm.com

*Counsel for Defendants*