UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| KENNETH GLUECK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:25-cv-02899-ACR |
| | ) | |
| ANDRÉ PIENAAR et al., | ) | |
| | ) | |
| Defendants. | ) | |

**[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST
FOR PRE-MOTION CONFERENCE ON MOTION TO DISMISS COMPLAINT**

Upon consideration of Defendants' Request for Pre-Motion Conference on Motion to Dismiss Complaint, any response thereto, and it appearing that the request is supported by good cause, it is hereby ordered that the request is GRANTED.

The Court will review and discuss with counsel the anticipated motion at a pre-motion conference, which will take place in-person unless the Court grants permission to hold the conference by video. Counsel shall contact the Courtroom Deputy to schedule the conference.

**SO ORDERED**.

_____
ANA C. REYES
United States District Judge