UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KENNETH GLUECK,<br><br>    *Plaintiff*,<br><br>    v.<br><br>ANDRE PIENAAR, *et. al.*<br><br>    *Defendants*. | Case No. 25-2899-ACR |

**ORDER**

For the reasons stated on the record in the Pre-Motion hearing on December 17, 2025, the Court **ORDERS** as follows:

1. The parties shall cooperate in good faith to select a mutually agreeable mediator and schedule a mediation, which should occur in the first quarter of 2026, subject to mediator, party, and counsel availability.

2. Defendants' defenses are preserved and their deadline to respond to the Amended Complaint shall be tolled pending completion of mediation and entry of an order scheduling the filing and briefing of Defendants' Motion to Dismiss (or Answer if Defendant(s) so plead).

3. Within 7 days of entry of this Order, each party may provide through counsel a confidential communication under Federal Rule of Evidence 408 identifying a targeted set of key documents that the requesting party asserts (1) are relevant and proportional to the claims and defenses in the action and (2) if exchanged in advance of mediation, would increase the prospects of settlement. These documents would be produced confidentially for purposes of settlement, and used and disclosed only in the mediation. Each party may direct that specific documents be treated

as "Attorneys' Eyes Only" (*i.e.*, disclosure to outside counsel only) by the receiving party, with any objection to such a designation to be resolved by the mediator.

      4.      The parties will then meet and confer to negotiate the scope of documents to be exchanged and, if the parties are unable to reach agreement, they will jointly notify the Court.

      5.      If the parties are unable to resolve the action through mediation, the parties shall jointly submit a proposed briefing schedule for Defendants' Motion to Dismiss (or deadline to file an Answer if Defendant(s) so plead).

**SO ORDERED.**

Date: January 14, 2026

                                                                                                            ANA C. REYES
                                                                                                            United States District Judge