**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

KENNETH GLUECK,

          Plaintiff,

          v.

ANDRE PIENAAR, et al.,

          Defendants.

Case No. 1:25-cv-02899-ACR

## <u>DEFENDANTS' MOTION TO DISMISS</u>

Defendants hereby move to dismiss the Amended Complaint for lack of subject matter jurisdiction, pursuant to Federal Rule of Civil Procedure 12(b)(1), or in the alternative with prejudice, pursuant to Federal Rule of Civil Procedure 12(b)(6), and for costs and attorney's fees, pursuant to D.C. Code § 16-5504(a). In support of this motion, Defendants respectfully submit their Memorandum of Points and Authorities, the supporting Declaration of Aaron E. Nathan and proposed orders reflecting each of the two alternative bases for dismissal.

Pursuant to Local Civil Rule 7(f) and Paragraph 7(g) of the Court's Standing Order, Defendants respectfully request an oral hearing on this motion.

Dated:  May 21, 2026

Respectfully submitted,

/s/ Aaron E. Nathan

Joseph L. Meadows (D.C. Bar No. 467441)
Courtney R. Abbott (D.C. Bar No. 488653)
Gloria R. Cannon (D.C. Bar No. 90020115)
Gordon Rees Scully Mansukhani LLP
277 S. Washington Street, Suite 550
Alexandria, VA 22314
Tel:  (202) 399-1099
jmeadows@grsm.com
cabbott@grsm.com
gcannon@grsm.com

Michael J. Gottlieb (D.C. Bar No. 974960)
Willkie Farr & Gallagher LLP
2029 Century Park East
Los Angeles, CA 90067
(310) 855-3111
mgottlieb@willkie.com

Aaron E. Nathan (D.C. Bar No. 1047269)
Willkie Farr & Gallagher LLP
787 Seventh Ave
New York, NY 10019
(212) 728-8904
anathan@willkie.com